**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

Case number (if known): _____    Chapter  11

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | | |
|---|---|---|---|
| 1. | Debtor's name | **New Good Samaritan Community Services** | |
| 2. | All other names debtor used in the last 8 years<br>Include any assumed names, trade names and *doing business as* names | **FKA Good Samaritan Community Services**<br>**Good Samaritan Hope House** | |
| 3. | Debtor's federal Employer Identification Number (EIN) | **81-2577752**<br>**36-4012785** | |
| 4. | Debtor's address | **Principal place of business**<br><br>**3553 W Roosevelt Rd**<br>**Chicago, IL 60624-4304**<br>Number, Street, City, State & ZIP Code<br><br>**Cook**<br>County | **Mailing address, if different from principal place of business**<br><br>**3553 W Roosevelt Rd**<br>**Chicago, IL 60624-4304**<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>**3553 W Roosevelt Rd Chicago, IL 60624-4304**<br>Number, Street, City, State & ZIP Code |
| 5. | Debtor's website (URL) | | |
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: | |

Debtor **New Good Samaritan Community Services**     Case number (*if known*) _____
       Name

7. **Describe debtor's business**

   A. *Check one:*
   - ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   - ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   - ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   - ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   - ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   - ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   - ■ None of the above

   B. *Check all that apply*
   - ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
   - ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
   - ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
   See http://www.uscourts.gov/four-digit-national-association-naics-codes.
   _____

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**

   *Check one:*
   - ☐ Chapter 7
   - ☐ Chapter 9
   - ■ Chapter 11. *Check all that apply*:
     - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).
     - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
     - ☐ A plan is being filed with this petition.
     - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
     - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
     - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
   - ☐ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

   - ■ No.
   - ☐ Yes.

   If more than 2 cases, attach a separate list.

   District _____ When _____ Case number _____
   District _____ When _____ Case number _____

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

    - ■ No
    - ☐ Yes.

    List all cases. If more than 1, attach a separate list

    Debtor _____ Relationship _____
    District _____ When _____ Case number, if known _____

Debtor  **New Good Samaritan Community Services**                         Case number (*if known*) _____
        Name

**11. Why is the case filed in this district?**  Check all that apply:

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ■ No
- ☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____
- ☐ It needs to be physically secured or protected from the weather.
- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- ☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
- ☐ No
- ☐ Yes.  Insurance agency _____
        Contact name _____
        Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**  Check one:

- ■ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**
- ■ 1-49
- ☐ 50-99
- ☐ 100-199
- ☐ 200-999
- ☐ 1,000-5,000
- ☐ 5001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than 100,000

**15. Estimated Assets**
- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ■ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☐ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

**16. Estimated liabilities**
- ☐ $0 - $50,000
- ■ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☐ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Debtor  **New Good Samaitan Community Services** _____ Case number (if known) _____
         Name

### Request for Relief, Declaration, and Signatures

**WARNING** — Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **June 13, 2017**
             MM / DD / YYYY

X  /s/ Robert Marshall         *Robert Marshall* (signature)    **Robert Marshall**
   Signature of authorized representative of debtor              Printed name

Title  **Pastor and President**

**18. Signature of attorney**

X  /s/ Karen Jackson Porter                           Date  **June 13, 2017**
   Signature of attorney for debtor                          MM / DD / YYYY

**Karen Jackson Porter**
Printed name

**Porter Law Network**
Firm name

**230 West Monroe St.  Suite 240**
**Chicago, IL 60606**
Number, Street, City, State & ZIP Code

Contact phone  312-372-4400     Email address  **porterlawnetwork@gmail.com**

**6188626**
Bar number and State

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                              )   Chapter
                                    )
New Good Samaritan                  )
Community Services                  )   Case No.
                                    )
Debtor.                             )   Judge

## LIST OF CREDITORS

Adrian Zeno
401 S La Salle St Ste 801P
Chicago, IL  60605-1057

Blitt and Gaines
661 Glenn Ave
Wheeling, IL  60090-6017

City of Chicago
Law Department
121 N La Salle St Rm 400
Chicago, IL  60602-1264

City of Chicago Department of Finance
121 N La Salle St Rm 107
Chicago, IL  60602-1232

City of Chicago Department of Finance
Bureau of Utility Billing
PO Box 6330
Chicago, IL  60680-6330

ComEd
Attn: Bankruptcy Department
3 Lincoln Ctr
Oakbrook Terrace, IL  60181-4204

Cook County Assessor's Office
118 N Clark St Ste 320
Chicago, IL  60602-1531

Cook County Treasurer
PO Box 805436
Chicago, IL  60680-4155

Credence Resource Mana
PO Box 2268
Southgate, MI  48195-4268

Illinois Department of Revenue
100 W Randolph St Fl 13
Chicago, IL  60601-3397

Internal Revenue Service
Centralized Bankruptcy Operations
PO Box 7346
Philadelphia, PA  19101-7346

Jacobs & Pinta
Attention: Joy Pinta
77 W Washington St Ste 1005
Chicago, IL  60602-3259

Peoples Gas Company
Bankruptcy Department
130 E Randolph St
Chicago, IL  60601-6207

PSB Credit Services, Inc
Attn: Mike Mulder
508 3rd St
Prinsburg, MN  56281-3700

Karen J. Porter
Attorney No 6188626
**PORTER LAW NETWORK**
230 West Monroe
Suite 240
Chicago, Illinois 60606
312-372-4400
312-372-4160

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Northern District of Illinois, Eastern Division

In re  **New Good Samaritan Community Services**             Case No.
                            Debtor(s)                         Chapter  **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | |
   |---|---|
   | For legal services, I have agreed to accept | $ **6,717.00** |
   | Prior to the filing of this statement I have received | $ **1,717.00** |
   | Balance Due | $ **5,000.00** |

2. The source of the compensation paid to me was:

   ☐ Debtor   ■ Other (specify):   **New Hope House**

3. The source of compensation to be paid to me is:

   ■ Debtor   ☐ Other (specify):

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
   e. [Other provisions as needed]
      **The filing fee has been paid. The final compensation for this matter will be the amount awarded by the court after ruling upon applications for compensation**

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **June 14, 2017** | **/s/ Karen Jackson Porter** |
| *Date* | **Karen Jackson Porter** |
| | *Signature of Attorney* |
| | **Porter Law Network** |
| | |
| | **230 West Monroe St. Suite 240** |
| | **Chicago, IL 60606** |
| | |
| | **porterlawnetwork@gmail.com** |
| | *Name of law firm* |

**PORTER LAW NETWORK**
**230 WEST MONROE, SUITE 240**
**CHICAGO, IL 60606**
**312- 372-4400**

**AGREEMENT TO PROVIDE LEGAL SERVICES**

June 14, 2017

Mr. Robert Marshall
New Good Samaritan Community Services
fka Good Samaritan Community Services
3553 W. Roosevelt Road
Chicago, Il 60624

    Re:   Chapter 11 Case

    On behalf of our firm I want to thank you, as the Pastor and President of New Good Samaritan Community Services formerly known as Good Samaritan Community Services ("New Good Samaritan"), for selecting us to represent the church in connection with a Chapter 11 case.

    Lawyers are required, under the Rules of Professional Conduct, before beginning the representation of a client to communicate to the client the scope of the representation, the basis for the legal fees and the rates that will charged to the client.

**SCOPE OF LEGAL SERVICES**

    We agree to represent NEW GOOD SAMARITAN in Chapter 11 reorganization case. The representation will include the legal services necessary to file a Chapter 11 case; to stabilize the operations of NEW GOOD SAMARITAN; restructure the debt of NEW GOOD SAMARITAN; and complete the Chapter 11 Case by (i) confirming a plan of reorganization, (ii) converting the Chapter 11 case to a Chapter 7 case or (iii) dismissing the Chapter 11 case.

**ATTORNEYS RESPONSIBILITIES**

    Karen J. Porter and the Porter Law Network will perform the following legal services in connection with the NEW GOOD SAMARITAN Chapter 11 case:

    (a)    To give NEW GOOD SAMARITAN legal advice with respect to its powers and duties as a debtor-in-possession in the continued management of its assets;

    (b)    To prepare such applications, motions, complaints, orders, reports, pleadings, plans, disclosure statements or other papers on NEW GOOD SAMARITAN behalf that may be necessary in connection with this case;

    (c)    To attend meetings of creditors and meetings with third parties;

Page **1** of **4**

(d)     To assist NEW GOOD SAMARITAN with its operations as a not for profit corporation:

(e)     To assist NEW GOOD SAMARITAN in preparing and obtaining the court's approval of a plan of reorganization and disclosure statement in order to preserve the value of its assets;

(f)     To take such action as may be necessary with respect to claims that may be asserted against NEW GOOD SAMARITAN and

(g)     To perform any other legal services for NEW GOOD SAMARITAN which may be required in connection with this case.

## ATTORNEY'S FEES AND COSTS

We will charge NEW GOOD SAMARITAN the following hourly rates for the legal services provided by the attorneys and staff that will be performing the legal services: $400.00 per hour for the services of Karen J. Porter; $300.00 to $200.00 per hour for the services of any associated attorneys and $175.00 for the services of our law clerks and legal assistants.

We will charge NEW GOOD SAMARITAN for the expenses that are required for a Chapter 11 case. Such expenses will include, but are not limited to: (1) court filing fees; (2) the actual cost of photocopies; (3) messenger deliveries; (4) actual cost of postage for notices to creditors; (5) actual cost of court reporters and transcripts; and (6) computerized case docketing and legal research. We reserve the right to charge NEW GOOD SAMARITAN for any other reasonable and necessary expense that we incur in connection with the Chapter 11 case. We will present applications for compensation to the court and the court will have the right to review and approve our legal fees and expenses.

## CLIENT RESPONSIBILITIES

This agreement is limited to the Chapter 11 bankruptcy proceedings of, NEW GOOD SAMARITAN . The execution of this agreement does not obligate us to represent any individual or entity other than NEW GOOD SAMARITAN in connection with any matter other than this Chapter 11 proceeding.

We have advised you that we cannot represent the Pastors, Officers or Members of NEW GOOD SAMARITAN or any individual that has guaranteed, or is liable for, the debts of NEW GOOD SAMARITAN. Any such individual will not be protected by the automatic stay, and will be required to hire a separate attorney to provide representation for their interests, including in any lawsuits or other collection actions by the creditors of NEW GOOD SAMARITAN against them.

Page **2** of **4**

As the Pastor and President of NEW GOOD SAMARITAN you agree to fully cooperate with us with respect to the Chapter 11 case. You agree to provide us with complete and accurate information concerning the financial affairs of NEW GOOD SAMARITAN You agree to provide us with a complete and accurate list of all creditors, personal property, income and all the other information required by the United States Bankruptcy Court and any trustee responsible for your case.

While NEW GOOD SAMARITAN is operating in a Chapter 11 proceeding, there will be many obligations to the office of the United States Trustee and creditors which must be fulfilled. You will have the responsibility to file monthly financial operating reports disclosing the postpetition business operations, pay quarterly fees to the trustee, pay postpetition real estate and other taxes, and maintain adequate insurance coverage,

We have explained to you that the financial restructuring of NEW GOOD SAMARITAN using Chapter 11 of the Bankruptcy Code will be a difficult legal proceeding. NEW GOOD SAMARITAN will be required to operate its business after the case is filed without running deficits. NEW GOOD SAMARITAN will also be required to pay its operating expenses including rent, insurance and any payroll expenses.

We will make every effort to guide NEW GOOD SAMARITAN through the chapter 11 case. However we are unable to guarantee you that NEW GOOD SAMARITAN will be able to restructure its affairs. For these reasons, we cannot guarantee that the Chapter 11 reorganization for NEW GOOD SAMARITAN will be a successful one. We must also advise you that in the event NEW GOOD SAMARITAN cannot fund its postpetition operations, or develop a viable reorganization plan to repay its creditors, NEW GOOD SAMARITAN will be faced with a dismissal of the chapter 11 case or the conversion to a chapter 7 liquidation.

While NEW GOOD SAMARITAN is operating in a chapter 11 proceeding, there will be many obligations to the office of the United States Trustee and creditors which must be fulfilled. NEW GOOD SAMARITAN will have the responsibility to file monthly financial operating reports disclosing the postpetition business operations, pay quarterly fees to the trustee pay postpetition state and local taxes, including payroll taxes and maintain adequate insurance coverage, In addition NEW GOOD SAMARITAN may be required to make current payments to secured creditors whose property you intend to use during the chapter 11 proceeding or who have a right to adequate protection payments. NEW GOOD SAMARITAN will also be required to remain current on the payments of all utilities for services rendered after the case is filed.

### PROPERTY OF THE ESTATE

The filing of the Chapter 11 case creates an estate. All of the real and personal property that belongs to NEW GOOD SAMARITAN when the case is filed and all of the real and personal property that is acquired by NEW GOOD SAMARITAN after the case is filed becomes property of the estate. The court has jurisdiction of all property of the estate. NEW GOOD SAMARITAN cannot sell of dispose of property of the estate without the court's authority. If the NEW GOOD SAMARITAN chapter 11 case is converted to a chapter 7 liquidation and a trustee is appointed, all of the property of the estate at the time the case is

Page 3 of 4

Pastor and President

Page 4 of 4

converted will belong to the chapter 7 trustee for the benefit of NEW GOOD SAMARITAN 's creditors.

## TERMINATION OF AGREEMENT

You understand that we will not be able to provide adequate legal representation for NEW GOOD SAMARITAN if you fail to provide us with complete and accurate information or fail to fully cooperate with us. You further understand that your failure to provide information, to cooperate with us or to fulfill your duties during the Chapter 11 case may increase the cost of the legal services we render, may result in the Chapter 11 case being dismissed by the court or converted to a Chapter 7 liquidation.

We reserve the right to withdraw as the attorney of record for NEW GOOD SAMARITAN and to terminate this agreement (1) if our legal fees and expenses are not paid as set forth in this agreement, (2) if you fail to cooperate with us during the Chapter 11 proceeding,(3) if you fail to comply with any requirement of the United States Trustee (4) if you fail to obey an order of the Bankruptcy Court (5) if the case is converted to a Chapter 7 or (6) if you fail to comply with any other terms of this agreement.

Either party may terminate this agreement with or without cause and at any time upon giving written notice to the other party. The termination of this agreement will not affect the obligation to pay any outstanding legal fees. We agree that if this agreement is terminated we will provide copies of documents in our files to you provided you have paid any outstanding legal fees and expenses, including copy charges for copying the files.

## ENTIRE AGREEMENT

This agreement contains our full and complete understanding with respect to the subject matter hereof. This agreement supersedes all prior representations and understandings whether written or oral. This agreement shall be governed by the laws of the State of Illinois in all respects. This agreement may be executed by facsimile, electronically, and in counterparts.

Very truly yours,

**PORTER LAW NETWORK**

By _/s/ Karen J. Porter_
Karen J. Porter

**NEW GOOD SAMARITAN COMMUNITY SERVICES**
**fka GOOD SAMARITAN COMMUNITY SERVICES**

By _/s/ Robert Marshall_
Robert Marshall
Pastor and President

Page **4** of **4**